UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WOLF CORP,

           Plaintiff,

-against-

TEEMU AIRAMO,

           Defendant.

Civil Action No.: 1:19-cv-10556

**DEFAULT JUDGMENT**

This action having been commenced on November 14, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Verified Complaint having been personally served on the Defendant, Teemu Airamo, on November 16, 2019 by personally delivering copies of the same to Teemu Airamo at his residence, which is located at 123 Washington Street, Apartment 47-H, New York, NY 10006, and proof of service having been filed on November 19, 2019, and the Defendant not having answered the Complaint, and the time for answer the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant in the liquidated amount of $109,760.18, with interest at 9% from March 26, 2019 through January 2, 2020 amounting to $7,632.09 plus costs and disbursements of this action in the amount of $525.69 amounting in all to $117,917.96.

Dated: New York, New York
       January __7__, 2020

_____
               **Victor Marrero**  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

This document was entered on the docket on _____.

4376566